**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN 24 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                              Plaintiff,

          vs.

Jose Luis Estrada-Llamas (1),

                              Defendant.

Case No. 26CR1917-JAH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☒  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Information:

Count 1 – 8:1326(a),(b) - Attempted Re-entry of Removed Alien (Felony)

Count 2 – 8:1325(a)(1) - Attempted Improper Entry by an Alien (Felony)

Dated:  6/24/2026

_____
Hon. John A. Houston
United States District Judge